# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHELBYZYME LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 09-768-GMS |
| v. ) | |
| ) | **DEMAND FOR JURY TRIAL** |
| GENZYME CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on February 11, 2011, upon the following attorneys of record as indicated below:

RESPONSES AND OBJECTIONS OF BARBARA SAWITSKY
TO SUBPOENA TO APPEAR FOR DEPOSITION AND PRODUCE DOCUMENTS

RESPONSES AND OBJECTIONS OF GEORGE COPPOLA
TO SUBPOENA TO APPEAR FOR DEPOSITION AND PRODUCE DOCUMENTS

RESPONSES AND OBJECTIONS OF SCHWEGMAN, LUNDBERG & WOESSNER, P.A. TO SUBPOENA TO APPEAR FOR DEPOSITION AND PRODUCE DOCUMENTS

RESPONSES AND OBJECTIONS OF WARREN D. WOESSNER
TO SUBPOENA TO APPEAR FOR DEPOSITION AND PRODUCE DOCUMENTS

RESPONSES AND OBJECTIONS OF THE CITY UNIVERSITY OF NEW YORK
TO SUBPOENA TO APPEAR FOR DEPOSITION AND PRODUCE DOCUMENTS

RESPONSES AND OBJECTIONS OF THE RESEARCH FOUNDATION OF THE CITY UNIVERSITY OF NEW YORK TO SUBPOENA TO APPEAR FOR DEPOSITION AND PRODUCE DOCUMENTS

**VIA ELECTRONIC MAIL**

Jack B. Blumenfeld
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
jbbefiling@mnat.com

Denise L. Loring
Christopher J. Harnett
Amy L. Beckman
James F. Haley, Jr.
Ramya Kasthuri
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Denise.Loring@ropesgray.com
Christopher.Harnett@ropesgray.com
Amy.Beckman@ropesgray.com
James.Haley@ropesgray.com
ramya.kasthuri@ropesgray.com

Megan F. Raymond
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW-Suite 900
Washington, DC 20005-3948
Megan.raymond@ropesgray.com

OF COUNSEL:

Frederick A. Lorig
Joseph M. Paunovich
QUINN EMANUEL URQUHART
   OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Tel: (213) 443-3000

Dated: February 11, 2011
1000975 / 34933

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
   Richard L. Horwitz (#2246)
   David E. Moore (#3983)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, Delaware 19899-0951
   Tel: (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

*Attorneys for Plaintiff Shelbyzyme LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 11, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on February 11, 2011, the attached document was electronically mailed to the following person(s)

Jack B. Blumenfeld
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
jbbefiling@mnat.com

Denise L. Loring
Christopher J. Harnett
Amy L. Beckman
James F. Haley, Jr.
Ramya Kasthuri
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Denise.Loring@ropesgray.com
Christopher.Harnett@ropesgray.com
Amy.Beckman@ropesgray.com
James.Haley@ropesgray.com
ramya.kasthuri@ropesgray.com

Megan F. Raymond
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW-Suite 900
Washington, DC 20005-3948
Megan.raymond@ropesgray.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

958690/34933