IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHELBYZYME LLC, ) | |
| ) | |
| Plaintiff/Counterclaim-Defendant, ) | |
| ) | C.A. No. 09-768-GMS |
| v. ) | |
| ) | |
| GENZYME CORPORATION, ) | |
| ) | |
| Defendant/Counterclaim-Plaintiff. ) | |

## VERDICT FORM

**Instructions**: When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

**QUESTION NO. 1. (Direct Infringement)**

Has Shelbyzyme proven by a preponderance of the evidence that Genzyme literally infringed an asserted claim of the '831 patent?

Check YES or NO for each claim.

"Yes" means you find for Shelbyzyme. "No" means you find for Genzyme.

| '831 Patent | YES (Infringed) | NO (Did Not Infringe) |
|---|---|---|
| Claim 1 | | ✓ |
| Claim 2 | | ✓ |
| Claim 6 | | ✓ |

**QUESTION NO. 2 (Infringement under the Doctrine of Equivalents)**

Has Shelbyzyme proven by a preponderance of the evidence that Genzyme infringed any of the asserted claims of the '831 Patent under the doctrine of equivalents?

Answer "Yes" or "No" for each claim.

"Yes" means you find for Shelbyzyme. "No" means you find for Genzyme.



| '831 Patent | YES (Infringed) | NO (Did Not Infringe) |
|---|---|---|
| Claim 1 | | |
| Claim 2 | | |
| Claim 6 | | |

3

**QUESTION NO. 3 (Induced Infringement)**

Has Shelbyzyme proven by a preponderance of the evidence that Genzyme induced infringement of an asserted claim of the '831 patent?

Check YES or NO for each claim.

"Yes" means you find for Shelbyzyme. "No" means you find for Genzyme.

| '831 Patent | YES (Induced Infringement) | NO (Did not Induce Infringement) |
|---|---|---|
| Claim 1 | ✓ | |
| Claim 2 | ✓ | |
| Claim 6 | ✓ | |

4

## QUESTION NO. 4 (Contributory Infringement)

Has Shelbyzyme proven by a preponderance of the evidence that Genzyme contributed to the infringement of an asserted claim of the '831 patent?

Check YES or NO for each claim.

"Yes" means you find for Shelbyzyme. "No" means you find for Genzyme.

| '831 Patent | YES (Contributed to Infringement) | NO (Did Not Contribute to Infringement) |
|---|---|---|
| Claim 1 | ✓ | |
| Claim 2 | ✓ | |
| Claim 6 | ✓ | |

5

## QUESTION NO. 5 (Written Description)

Has Genzyme proven by clear and convincing evidence that an asserted claim of the '831 patent does not meet the written description requirement of the patent laws?

Check YES or NO for each claim.

"Yes" means you find for Genzyme. "No" means you find for Shelbyzyme.

| '831 Patent | YES (Does not meet written description requirement) | NO (Does meet written description requirement) |
|---|---|---|
| Claim 1 |  | ✓ |
| Claim 2 |  | ✓ |
| Claim 6 |  | ✓ |

6

## QUESTION NO. 6 (Enablement)

Has Genzyme proven by clear and convincing evidence that an asserted claim of the '831 patent does not meet the enablement requirement of the patent laws?

Check YES or NO.

"Yes" means you find for Genzyme. "No" means you find for Shelbyzyme.

| '831 Patent | YES (Does not meet enablement requirement) | NO (Does meet enablement requirement) |
|---|---|---|
| Claim 1 | | ✓ |
| Claim 2 | | ✓ |
| Claim 6 | | ✓ |

## QUESTION NO. 7 (Anticipation – Prior Invention)

Has Genzyme proven by clear and convincing evidence that an asserted claim of the '831 patent is anticipated?

Check YES or NO for each claim.

"Yes" means you find for Genzyme. "No" means you find for Shelbyzyme.

| '831 Patent | YES (Anticipated) | NO (Not Anticipated) |
|---|---|---|
| Claim 1 | | ✓ |
| Claim 2 | | ✓ |
| Claim 6 | | ✓ |

**QUESTION NO. 8 (Damages)**

Answer Question No. 8 only if you have found that Genzyme infringed an asserted claim of the '831 patent, and you have not found such claims to be invalid. Otherwise, you are finished and the foreperson should sign and date this verdict form below.

What amount of monetary damages has Shelbyzyme proven?

Royalty Rate: % 6

Total Damages: $ 50 Million

9

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The foreperson should then sign and date the verdict form in the spaces below and notify the jury officer that you have reached a verdict. The foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

For the Jury:

_7/17/12_  _Redacted_
Date      Jury Foreperson