# EXHIBIT A

REDACTED

IN ITS

ENTIRETY

# EXHIBIT B

REDACTED

IN ITS

ENTIRETY

# EXHIBIT C

REDACTED

IN ITS

ENTIRETY

# EXHIBIT D

REDACTED IN ITS ENTIRETY

# EXHIBIT E

REDACTED

IN ITS

ENTIRETY