## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHELBYZYME LLC, )<br>)<br>Plaintiff, )<br>Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>GENZYME CORPORATION, )<br>)<br>Defendant, )<br>Counterclaim-Plaintiff. ) | C.A. No. 09-768 (GMS) |

## JOINT STIPULATION OF DISMISSAL AND PROPOSED ORDER

WHEREAS, Plaintiff Shelbyzyme LLC ("Shelbyzyme") and Defendant Genzyme Corporation ("Genzyme") have entered into a Settlement and Exclusive License Agreement, pursuant to which the parties have resolved the above-captioned action;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1. This action, including all claims and counterclaims between Shelbyzyme and Genzyme are hereby dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees in connection with this action;

2. The Stipulated Protective Order (D.I. 26) entered by the Court in this action shall remain in full force and effect notwithstanding the dismissal by the Court of this action; and

3. Shelbyzyme and Genzyme collectively waive any right of appeal from this Order of Dismissal.

DATED:  June 15, 2015					POTTER ANDERSON & CORROON LLP

							By */s/ David E. Moore*
							    Richard L. Horwitz (#2246)
							    David E. Moore (#3983)
							    Hercules Plaza, 6th Floor
							    1313 N. Market Street
							    Wilmington, Delaware 19801
							    Tel: (302) 984-6000
							    rhorwitz@potteranderson.com
							    dmoore@potteranderson.com

							    *Attorneys for Plaintiff*
							    *Shelbyzyme LLC*

OF COUNSEL:

Frederick A. Lorig (*pro hac*)
  fredericklorig@quinnmemanuel.com
Joseph M. Paunovich (*pro hac*)
  joepaunovich@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100


DATED:  June 15, 2015					MORRIS, NICHOLS, ARSHT & TUNNELL LLP

							By  */s/ Maryellen Norieka*
							    Jack B. Blumenfeld (#1014)
							    Maryellen Noreika (#3208)
							    1201 North Market Street
							    P.O. Box 1347
							    Wilmington, DE 19899
							    (320) 658-9200
							    jblumenfeld@mnat.com
							    mnoreika@mnat.com
							    *Attorneys for Defendant*
							    *Genzyme Corporation*

OF COUNSEL:

James F. Haley, Jr.
  james.haley@ropesgray.com
Denise L. Loring
  denise.loring@ropesgray.com
Rachael S. Bacha
  rachael.bacha@ropesgray.com
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 596-9000

Megan F. Raymond
  megan.raymond@ropesgray.com
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW
Suite 900
Washington, DC 20005-3948
(202) 508-4600

SO ORDERED, this __ day of June, 2015:

U.S.D.J.

1192726/34933